

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-22-00815-CR

**IN RE** John Bernard **WILLIAMS** III

Original Proceeding[1]

**ORDER**

On December 6, 2022, relator filed a petition for writ of prohibition. Relator also filed a motion to stay the enforcement of an order issued by the trial court. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of prohibition is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's motions are **DENIED** as moot.

It is so **ORDERED** on January 11, 2023.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2023.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CR-6240, styled *The State of Texas v. John Bernard Williams, III*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.